United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

PHILLIP LITTLE,

Plaintiff,

v.

UNITED AIRLINES, INC.,

Defendant.

Case No.  25-cv-06250-SK

**ORDER OF DISMISSAL WITH PREJUDICE**

Regarding Docket No. 15

On January 20, 2026, Plaintiff Phillip Little and Defendant United Airlines, Inc. (collectively the "Parties") filed a stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  (Dkt. No. 15.)  Because all parties that have appeared in this case signed the stipulation of dismissal, the Court DISMISSES this case WITH PREJUDICE.  Each party shall bear its own fees and costs.  The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: January 21, 2026



SALLIE KIM
United States Magistrate Judge